CO-386
10/2018

# United States District Court
# For the District of Columbia

Center for Biological Diversity )
)
)
)
               Plaintiff )   Civil Action No. __1:25-cv-03681__
vs )
U.S. Office of Management and )
Budget )
)
              Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Center for Biological Diversity__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Center of Biological Diversity__ which have any outstanding securities in the hands of the public:

There are no parent companies, subsidiaries, or affiliates of the Center for Biological Diversity which have outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

OR0007
BAR IDENTIFICATION NO.

Ryan Adair Shannon
Print Name

P.O. Box 11374
Address

| Portland | OR | 97211 |
| City | State | Zip Code |

971-717-6407
Phone Number