# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>          *Plaintiff*,<br>v.<br><br>U.S. OFFICE OF MANAGEMENT AND BUDGET,<br><br>          *Defendant*. | Case No: 1:25-cv-03681-DLF |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(c), Plaintiff Center for Biological Diversity moves for the admission and appearance of attorney David Derrick *pro hac vice* in this case.

This motion is supported by the declaration of David Derrick, filed herewith. As set forth in Mr. Derrick's declaration, he is admitted to and an active member in good standing of the California Bar, New York Bar, U.S. District Court for the Northern District of California, U.S. District Court for the Eastern District of California, U.S. Bankruptcy Court for the Southern District of New York, and U.S. Court of Appeals for Veterans Claims.

This motion is supported and signed by Ryan Adair Shannon, an active and sponsoring member of the Bar of this Court.

DATED: October 23, 2025.

Respectfully submitted,

 s/ *Ryan Adair Shannon*
Ryan Adair Shannon (DC Bar No. OR0007)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Phone: (971) 717-6407
rshannon@biologicaldiversity.org

*Attorney for Plaintiff*