# United States District Court
## Northern District of California

# CERTIFICATE OF GOOD STANDING

It is hereby certified that

# David Derrick

Bar Number 316745

was duly admitted to practice in this Court on February 14, 2018, and is in good standing as a member of the bar of this Court.

Signed on October 14, 2025 by

Mark B. Busby, Clerk of Court



